

**ALAN WEINREB, ESQ.**   **C. LANCE MARGOLIN, ESQ.**   **CYNTHIA A. NIERER, ESQ.**

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

June 22, 2022

**VIA ECF**
The Honorable Judge Joan M. Azrack
United States District Court—E.D.N.Y.
100 Federal Plaza, Room 920
Central Islip, New York 11722

Re: <u>Blue Castle (Cayman) LTD v. Michael Lidowitz, et al., 2:22-cv-01807-JMA-SIL</u>

Dear Judge Azrack:

We represent Plaintiff Blue Castle (Cayman) Ltd ("Plaintiff") in the above-referenced foreclosure action. On June 2, 2022, Defendant Michael Lidowitz filed Chapter 13 Bankruptcy in the Eastern District of New York, under Bankruptcy Petition #: 22-71282. As a result, the within action is stayed.

We thank the Court for its review of our submission.

Respectfully submitted,

<u>/s/ *Seth D.Weinberg*</u>
Seth D. Weinberg, Esq.

cc: All parties to be noticed via ECF

---

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

